UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     MISDEMEANOR
                                         INFORMATION
            v.                     :
                                         08 CRIM 121
MAIDE MORALES JIMENEZ,             :

            Defendant.             :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

From at least in or about June 2003, up to and including in or about July 2007, in the Southern District of New York and elsewhere, MAIDE MORALES JIMENEZ, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the United States Department of Housing and Urban Development ("HUD"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, JIMENEZ received Section 8 housing benefits from HUD, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 13 2008