**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
Maide Morales Jimenez

(Alias) _____

Please PRINT Clearly

08 CR 121
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA     2. [✓] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 6    YR. 99

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE New York STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
Douglas G. Rankin
Attorney for Defendant
Rankin & Assoc., P.C.
Firm name if any
26 Court ST, Suite 714
Street address
Bk, NY 11242
City      State      Zip
(718) 858-3000 / (917) 763-6870
Telephone No

SDC SDNY
OCUMENT
ECTRONIC...
FEB 20 2008

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186