# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>*Maide Morales Jimenez* | CONSENT TO PROCEED BEFORE<br>UNITED STATES MAGISTRATE IN<br>A MISDEMEANOR CASE<br><br>CASE NUMBER: 08CR121 |

    The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

    **I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

x *Maide Jimenez Morales*
_____, Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 20 2008

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

    **I HEREBY:** Waive (give up) my right to trial by jury. *Maide Jimenez Morales*
_____, Defendant

Consented to by United States _____
                                                                      Signature

_____
                                                                    Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

    The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

    **I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

x *Maide Jimenez Morales*
_____, Defendant

_____      Approved By: _____
Defendant's Attorney (if any)                                                            U.S. Magistrate

_____
                                                                      Date