$25,000 PRB. TRAVEL RESTRICTED TO SDNY, EDNY. SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS). STRICT PRETRIAL SUPERVISION WITH DRUG TESTING/TREATMENT. OTHER: IF DEFT TESTS NEGATIVE TWICE FOR CONTROLLED SUBSTANCES, SHE MAY BE PLACED ON REGULAR PTS. MENTAL HEALTH COUNSELING, AS APPROPRIATE.

Case 1:08-cr-00121-PM Document 7 Filed 02/20/2008 Page 1 of 1

✎AO 98 (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

Southern        District of        New York

UNITED STATES OF AMERICA
V.

MAIDE MORALES JIMENEZ

Defendant

**APPEARANCE BOND**

Case Number:    08 CR. 121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 20 2008

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____25,000_____ , and there has been deposited in the Registry of the Court the sum of
$ XXXXXXXXXXXXXXXXXXXX  in cash or  XXXXXXXXXXXXXXXXXXXXX (describe other security).

The conditions of this bond are that the defendant     MAIDE MORALES JIMENEZ
                                                            Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on     February 20, 2008     at     500 Pearl Street, New York, New York 10007
                                    Date                                    Place

Defendant   _/s/ Maide Morales Jimenez_
            MAIDE MORALES JIMENEZ

Surety      _____

Surety      _____

Signed and acknowledged before me on     February 20, 2008
                                              Date

                                                        _____
                                                        Signature of Judge/Clerk

Bond Approved:  _/s/_
                AUSA: MARK LANPHER