# LAW OFFICES OF DOUGLAS G. RANKIN & ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW

**MEMO ENDORSED**

DOUGLAS G. RANKIN, ESQ.

OF COUNSEL:
RAYMOND A. GORMAN, ESQ.
FERN P. RANKIN, ESQ.
TRACEY A. GRANT, ESQ.
BRETT W. ALLEN, ESQ.

26 COURT STREET
BROOKLYN
NEW YORK
11242
SUITE 714
TELEPHONE:
(718) 858-3000
FACSIMILE:
(718) 858-9615

BY FAX

May 20, 2008

Hon. Justice Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, Chambers 740
New York, New York

*The sentencing is adjourned to 6/26 at 9:30 a.m.*
*Maas, USMJ, 5/20/08*

Re: **United States v. Maide Morales Jimenez**
**08-CR-121-01(FM)**
**Request for sentencing adjournment**

Dear Justice Maas:

I am the attorney for Maide Morales Jimenez. I am writing to inform you that on May 28, 2008, the day that the sentencing for the above reference matter was scheduled, I am continuing a murder trial in front of Judge Lewis in Part K-5, Queens County Supreme Court and unable to appear.

I have contacted AUSA Lanpher to apprise him of the situation and he has consented to the adjournment as long as it's convenient for the court.

As such, I am suggesting June 26, 2008 for sentencing

I apologize for any inconvenience and thank you in advance for your cooperation in this matter.

Respectfully,

Douglas G. Rankin
Douglas G. Rankin, Esq.

Cc: Probation Officer Robert Fleman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08